November 3, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

HARRIS COUNTY, TEXAS, Appellant

NO. 14-14-00771-CV                V.

GERALD GAMBICHLER, Appellee

_____

This cause, an appeal from the judgment dismissing with prejudice appellant Harris County, Texas's causes of action, signed June 25, 2014, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore **REFORM** the trial court's judgment to strike the words "with prejudice" in the first paragraph and the words "with prejudice and that Harris County, Texas take nothing by way of this action" in the fifth paragraph.

We order the judgment of the court below **AFFIRMED** except as modified in this judgment.

We order appellee, Gerald Gambichler to pay all costs incurred in this appeal.

We further order this decision certified below for observance.